Clark Hill

Boris Brownstein
T (609) 785-2923
F (609) 785-2999
Email:BBrownstein@ClarkHill.com

Clark Hill
210 Carnegie Center, Suite 102
Princeton, NJ 08540
T (609) 785-2968
F (609) 785-2999

June 9, 2022

VIA ECF
The Honorable Paul G. Gardephe
United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

Re:   Timothy Scott Lee v. Equifax Information Services, LLC
      Case No. 22-cv-1744-PGG

Dear Judge Gardephe:

Clark Hill represents Defendant Equifax Information Services LLC ("Equifax") in this matter, and I write in connection with the conference currently scheduled on June 9, 2022, at 10:45 AM.

As of this morning, I am experiencing what appear to be mild cold symptoms. Out of an abundance of caution, I respectfully request that the conference be converted to telephonic or be adjourned to a time convenient for the Court, whichever is preferable to the Court. This is the first such request, and Plaintiff consents to this request.

**Memo Endorsed:**  Today's initial pre-trial conference will proceed by teleconference.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.

Respectfully submitted,

CLARK HILL PLC

/s/ Boris Brownstein
Boris Brownstein, Esq.

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge
Dated:  June 9, 2022