UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY SCOTT LEE,

                Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.

**ORDER**

22 Civ. 1744 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On June 9, 2022, at the initial pre-trial conference in this matter, the Court adjourned this matter by thirty days so that the parties could engage in settlement discussions. To date, the Court has not received any update from the parties regarding the status of those settlement discussions.

      Accordingly, by **September 9, 2022**, the parties will submit a joint letter informing the Court whether their settlement discussions were successful.  If those discussions were not successful, the parties will submit a revised proposed Case Management Plan with their joint letter.

Dated:  New York, New York
          September 8, 2022

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge